■ LIBERTY MUTUAL INSURANCE COMPANY, as Subrogee of JOHN V. SIMON and Another, Respondent, v EMERY SIMON, Individually and Doing Business as SIMON CONSTRUCTION CO., Appellant.—Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment seeking dismissal of plaintiff's complaint. The question of whether defendant was a resident of his parents' household within the meaning of the homeowner's insurance policy issued by plaintiff presents an issue of

fact *(see, Hollander v Nationwide Mut. Ins. Co.,* 60 AD2d 380, 383, *lv denied* 44 NY2d 646; *Matter of Highsmith [MVAIC],* 31 AD2d 424; *Helou v Nationwide Mut. Ins. Co.,* 25 AD2d 179, *lv denied* 17 NY2d 424). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present— Callahan, J. P., Green, Pine, Boehm and Davis, JJ.